IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian K. Stallings, | ) |
| Plaintiff, | ) CIV 13-00067 PHX RCB MEA |
| v. | ) ORDER |
| Charles L. Ryan, Thomas A. Bell, Nurse Martin, Wexford Health Solutions, | ) |
| Defendants. | ) |

Defendants Ryan and Martin have filed a motion for summary judgment (Doc. 53), with regard to Plaintiff's claims against these Defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**NOTICE--WARNING TO PLAINTIFF**

**THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT[1]**

Defendants' motion for summary judgment seeks to have your claims against these Defendants denied as a matter of law.

Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact, i.e., if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law. When a party you are suing makes a motion for summary judgment that is

---

[1] Rand v. Rowland, 154 F.3d 952, 962 (9th Cir. 1998) (en banc).

properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in the Defendant's declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you with regard to your claims against these Defendants.

Rule 56.1 of the Local Rules of Civil Procedure for the United States District Court for the District of Arizona also requires, in addition, that you include as a part of your opposition to a motion for summary judgment a separate statement of facts in opposition to the motion for summary judgment.

> Any party opposing a motion for summary judgment must file a statement, separate from that party's memorandum of law, setting forth: (1) for each paragraph of the moving party's separate statement of facts, a correspondingly numbered paragraph indicating whether the party disputes the statement of fact set forth in that paragraph and a reference to the specific admissible portion of the record supporting the party's position if the fact is disputed; and (2) any additional facts that establish a genuine issue of material fact or otherwise preclude judgment in favor of the moving party. Each additional fact must be set forth in a separately numbered paragraph and must refer to a specific admissible portion of the record where the fact finds support.

Rule 7.2, United States District Court for the District of Arizona Local Rules of Civil Procedure, subparagraph (e) provides:

> (1) Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts.
> (2) Unless otherwise permitted by the Court, a reply including its supporting memorandum may not exceed eleven (11) pages, exclusive of attachments.

Subparagraph (i) provides:

> If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required answering memoranda, or if the unrepresented party or counsel fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

**IT IS THEREFORE ORDERED** that Plaintiff shall have thirty (30) days from the date this order is filed to file any response to Defendants Martin and Ryan's motion for summary judgment, together with supporting affidavits or other appropriate exhibits and a separate statement of facts.

**IT IS FURTHER ORDERED** that Defendants shall file any reply within fifteen (15) days from the date Plaintiff's response is filed.

**IT IS FURTHER ORDERED** that the motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the name on whose behalf it is filed.

DATED this 27th day of March, 2014.

*Mark E. Aspey*
Mark E. Aspey
United States Magistrate Judge